Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*POP MART Americas Inc.,*
*POP MART (Singapore) Holding Pte. Ltd. and*
*Beijing POP MART Cultural & Creative Co. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD. and BEIJING POP MART CULTURAL & CREATIVE CO. LTD, <br><br> *Plaintiffs* <br><br> v. <br><br> BLUE BLISS, CAITLINWOLLMAN, CALM INSIDE EASY STYLE, DISNEY GENUINE AUTHORIZATION MARKETPLACE, DRAG0N TOYS MARKETPLACE, ER ORNAMENT, GOOD FORTUNE STORE MARKETPLACE, JIHONGSHANGWU MARKETPLACE, JUNYA ENTERTAINMENT SUPPLIES, KUANGJU TOY, KUTIEKANDIES, LSHBD, LUCKY PENS & STICKERS, LUISA GRAFF DIAMONDS, MC FASHION ROOM, MUSCLE GROWTH SUPPORT, POP-FASHIONTREND, RELATIONSHIP CENTER, STONE SHOP, WEIRUI and YIWUBC22, <br><br> *Defendants* | 25-cv-7788 (JGK) <br><br> [PROPOSED] **UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 28 day of October, 2025, at 4:59 p.m.
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN G. KOELTL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE