UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POP MART AMERICAS INC., ET AL.,

                Plaintiffs,

    - against -

BLUE BLISS, ET AL.,

                Defendants.

FILED UNDER SEAL

25-cv-7788 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to appear for a hearing on their application for a temporary restraining order on **Friday, September 26, 2025, at 2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
            September 25, 2025

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge