Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*POP MART Americas Inc.,*
*POP MART (Singapore)*
*Holding Pte. Ltd. and*
*Beijing POP MART Cultural & Creative Co. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD. and BEIJING POP MART CULTURAL & CREATIVE CO. LTD.<br><br>*Plaintiffs*<br><br>v.<br><br>BLUE BLISS, CAITLINWOLLMAN, CALM INSIDE EASY STYLE, DISNEY GENUINE AUTHORIZATION MARKETPLACE, DRAG0N TOYS MARKETPLACE, ER ORNAMENT, GOOD FORTUNE STORE MARKETPLACE, JIHONGSHANGWU MARKETPLACE, JUNYA ENTERTAINMENT SUPPLIES, KUANGJU TOY, KUTIEKANDIES, LSHBD, LUCKY PENS & STICKERS, LUISA GRAFF DIAMONDS, MC FASHION ROOM, MUSCLE GROWTH SUPPORT, POP-FASHIONTREND, RELATIONSHIP CENTER, STONE SHOP, WEIRUI and YIWUBC22,<br><br>*Defendants* | **Civil Case No.: 25-cv-7788 (JGK)**<br><br>[~~PROPOSED~~] **ORDER TO EXCEED WORD LIMIT**<br><br>**FILED UNDER SEAL** |

On this day, the Court considered Plaintiffs' Motion to Exceed Word Limit and it is hereby ORDERED that Plaintiffs may submit a memorandum of law in support of their *ex parte* application for: a temporary restraining order; an order to show cause why a preliminary injunction should not issue; an asset restraining order; an order authorizing alternative service by electronic mail; and an order authorizing expedited discovery ("Application") against Defendants in the above-referenced action that is 13,307 words, which exceeds the word limit set forth in Local Civil Rule 7.1(c).

SIGNED this ____ day of October, 2025, at 3:45 p.m.

_____
UNITED STATES DISTRICT JUDGE