```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

POP MART AMERICAS INC., ET AL.,

                Plaintiffs,

     - against -

BLUE BLISS, ET AL.,

                Defendants.

FILED UNDER SEAL

25-cv-7788 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to appear by phone for a conference in connection with their second request to modify and extend the temporary restraining order on **Thursday, October 23, 2025, at 1:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           October 22, 2025

                                                */s/ John G. Koeltl*
                                                  John G. Koeltl
                                             United States District Judge