UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
POP MART AMERICAS, INC., et al,
                           Plaintiff(s)

            25 civ 7788 (JGK)

      -against-

BLUE BLISS, et al.,
                           Defendant(s).
-----------------------------------------------------------X

## ORDER

The Show Cause hearing scheduled for Friday, November 14, 2025, at 3:00pm is

**advanced to Thursday, November 13, 2025, at 3:30pm.**

**SO ORDERED.**

                                                                        **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 7, 2025



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Office of the District Court Executive*

LAURA TAYLOR SWAIN
*Chief Judge*

EDWARD A. FRIEDLAND
*District Court Executive*

## MEMORANDUM

TO: All SDNY Employees
FROM: Chief Judge Laura Taylor Swain
DATE: November 7, 2025
SUBJECT: Modified Court Operations Schedule – Effective November 14, 2025

---

As we continue to navigate the ongoing lapse in appropriations and its impact on our court community and operations, we are implementing a modified operating schedule to help concentrate our available resources to reduce the impact of the shutdown on our critical court operations.

**Effective Friday, November 14, 2025, Court operations will be suspended on Fridays except for emergency excepted activities.**

### What This Means for Employees:

All employees will be placed in furlough status on Fridays unless specifically designated to perform emergency excepted activities on a particular Friday.

### Emergency Operations:

The Court will maintain the capability to address emergency matters that arise on Fridays.

If you are required to be present or are placed on call to perform emergency excepted work on a Friday, your supervisor will give you as much advance notice as possible. Court Unit employees who are on call to work on emergency excepted activities will be excepted from furlough for those hours worked. Law clerks will be instructed by their judges as to excepted work requirements and scheduling.

### Important Information Pertaining to Furlough Status:

- Employees in furlough status may not perform any work, including remotely.
- You may not volunteer services to the Court during furlough periods.
- Any previously approved leave for Fridays is automatically canceled.

- After the lapse ends, the law requires that you receive retroactive pay at your standard rate for all furlough hours.

This modified schedule is designed to preserve our ability to maintain essential operations with minimal disruption during this unprecedented funding situation. We recognize the challenges the shutdown creates for you and your families, and we hope this change will help ease the burden during this difficult period. Please bear in mind that any outside activities you may undertake during furlough hours must, like all of your activities while you are a Court employee, be compliant with the Codes of Conduct.

We will continue to monitor the situation closely and keep you informed of any developments regarding appropriations.

If you have questions about this modified schedule, please contact your supervisor.

Thank you for your continued dedication and professionalism during this difficult time.