UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

POP MART AMERICAS INC., ET AL.,          25-cv-7788 (JGK)

              Plaintiffs,          ORDER

      - against -

BLUE BLISS, ET AL.,

              Defendants.
_____

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants Blue Bliss, Calm Inside Easy Style, Dragon Toys Marketplace, ER Ornament, Jihongshangwu Marketplace, Kuangju Toy, Lshbd, Luisa Graff Diamonds, MC Fashion Room, Muscle Growth Support, Pop-Fashiontrend, Relationship Center, Stone Shop, Weirui, Yiwubc22 to answer was November 13, 2025. The time for the defendants Disney Genuine Authorization Marketplace, Junya Entertainment Supplies, and Lucky Pens and Stickers to answer was November 17, 2025. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **December 3, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **November 26, 2025.**

**SO ORDERED.**

**Dated:     New York, New York**
**November 19, 2025**

                                        John G. Koeltl
                              **United States District Judge**