UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

POP MART AMERICAS INC., ET AL.,

                         Plaintiffs,              25-cv-7788 (JGK)

         - against -                 ORDER

BLUE BLISS, ET AL.,

                         Defendants.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

Under Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was December 3, 2025. To date, no answer or response has been filed.

The time for the defendants to respond to the complaint is extended to **January 5, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by December 22, 2025.

SO ORDERED.

Dated:     New York, New York
           December 17, 2025

                         John G. Koeltl
                   United States District Judge