UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————

POP MART AMERICAS INC., ET AL.,

                    Plaintiffs,           25-cv-7788 (JGK)

      - against -               ORDER

BLUE BLISS, ET AL.,

                    Defendants.

—————————————————————————————

JOHN G. KOELTL, District Judge:

The time for the defendants to respond to the complaint is extended to **January 22, 2026.** If the defendants fail to respond to the complaint by that date, the plaintiffs may move by order to show cause for a default judgment by **February 5, 2026.** If the plaintiffs fail to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **January 15, 2026.**

SO ORDERED.

Dated:    New York, New York
           January 8, 2026

                                      John G. Koeltl
                      United States District Judge