

## EPSTEIN DRANGEL LLP

6 East 45th Street, 7th Floor, New York, NY 10017
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
**www.ipcounselors.com**

February 2, 2026

**APPLICATION GRANTED
SO ORDERED**

_[signature]_
2/2/26
John G. Koeltl, U.S.D.J.

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** **_POP MART Americas Inc. ("POP MART Americas"), et al. v. Blue Bliss, et al._**,
> **Case No. 25-cv-7788**
> **Request for Extension of Time to File Default Judgment Motion**

Dear Judge Koeltl,

We represent Plaintiffs POP MART Americas Inc. ("POP MART Americas"), POP MART (Singapore) Holding Pte. Ltd. ("POP MART Singapore") and Beijing POP MART Cultural & Creative Co., Ltd. ("POP MART Beijing") ("Plaintiffs") in the above-referenced matter (the "Action").[1] On January 8, 2026, the Court entered an Order extending the date for Defendants to respond to the Complaint until January 22, 2026 and directing Plaintiffs to move for default judgment against any Defendants who do not file an answer or otherwise appear in the Action by February 5, 2026. (Dkt. 48). Plaintiffs respectfully submit the instant letter to request an extension of time to file any motion for default judgment as, in line with the Second Circuit's recent decision in _Smart Study Co., Ltd. v. Shenzhenshixindajixieyouxiangongsi_, No. 24-313, Plaintiffs are currently in the process of serving the two (2) Defendants[2] for which they were able to locate true and correct physical addresses through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague"), which in Plaintiffs' counsel's experience, can take several months to complete. In the interest of judicial economy and so as not to waste the Court's time and resources, Plaintiffs respectfully propose waiting until Hague service on such Defendants is complete before filing a single motion for default judgment in the Action against all remaining Defendants. In accordance with Your Honor's Individual Practices, Plaintiffs respectfully submit the following:

1. **The original date**: The deadline for Plaintiffs to file their motion for default judgment is February 5, 2026.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Complaint or Application.

[2] Defendants JIHONGSHANGWU Marketplace and Stone Shop



**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

2. **The number of previous requests for adjournment or extension**: None, this is Plaintiffs first request for an extension of time to file their motion for default judgment.
3. **Whether these previous requests were granted or denied**: N/A
4. **Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent**: Plaintiffs did not request Defendants' consent as every Defendant remaining in the Action is in default and/or has not filed an answer or otherwise appeared in the Action.

Plaintiffs respectfully propose filing a status update on the progress of Hague service in ninety (90) days, by no later than May 4, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*