**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**POP MART AMERICAS INC., ET AL.,**

**Plaintiffs,**

**- against -**

**BLUE BLISS, ET AL.,**

**Defendants.**

---

**25-cv-7788 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the plaintiffs and the appearing defendants to file a Rule 26(f) report is extended to September 18, 2026.

**SO ORDERED.**

**Dated: New York, New York**
**August 21, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**