UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POP MART AMERICAS INC., ET AL,

Plaintiffs,

- against –

BLUE BLISS, ET AL,

Defendants.

---

25-cv-7788 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to appear by telephone for a conference in connection with the defendants' anticipated motion to amend their answers on **Wednesday, November 4, 2026, at 4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** New York, New York
October 30, 2026

John G. Koeltl
United States District Judge