UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POP MART AMERICAS INC., ET AL,

Plaintiffs,

- against -

BLUE BLISS, ET AL,

Defendants.

25-cv-7788 (JGK)

Order

John G. Koeltl, District Judge:

At the telephone conference today, the parties consented to the plaintiffs' filing of an amended complaint limited to additional allegations of willfulness, and to the defendants' filing of amended answers limited to an additional defense under the Digital Copyright Millennium Act, 17 U.S.C. § 512. The Court will permit those amended filings. The parties are directed to submit a joint letter setting forth proposed deadlines for the amended complaint and the amended answers by **November 6, 2026**.

SO ORDERED.

Dated: New York, New York
November 4, 2026

John G. Koeltl
United States District Judge